UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS FLORER, ) | CASE NO. C06-1465-RSM-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER RE: PLAINTIFF'S MOTION |
| ) | FOR EXTENSION OF TIME |
| CONGREGATION PIDYON ) | |
| SHEVUYIM, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff seeks an extension of the deadline set for his additional briefing on defendants' pending dispositive motion. (Dkt. 21.) The Court previously requested that defendants submit additional briefing on or before May 10, 2007 and that plaintiff respond on or before May 28, 2007, and reset the noting date for consideration of this motion to June 1, 2007. (Dkt. 19.) Because these deadlines are fast approaching, the Court finds expeditious resolution of plaintiff's motion appropriate.

Plaintiff requests the extension based on the fact that he has a May 29, 2007 deadline for responding to a summary judgment motion pending in a similar case he filed, against different defendants, in the Eastern District of Washington. *See Florer v. Peck*, No. C05-5039EFS (Dkt.

ORDER RE: PLAINTIFF'S MOTION
FOR EXTENSION OF TIME
PAGE -1

382). Given this fact, the Court does find plaintiff's request reasonable and accordingly GRANTS his motion. However, because plaintiff has already had an opportunity to respond to defendants' motion, albeit when it was construed as a motion to dismiss, and because the issues in this case are so similar to those raised in the case ongoing in the Eastern District, the Court finds only a one-week extension appropriate. Accordingly, the Court resets the briefing schedule in this matter as follows: defendants shall submit the additional briefing and supportive material on or before **May 17, 2007** and plaintiff shall respond on or before **June 4, 2007** ; defendants may submit a reply on or before **June 8, 2007** and defendants' dispositive motion is hereby renoted for consideration as of that same date.

DATED this 2nd day of May, 2007.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: PLAINTIFF'S MOTION
FOR EXTENSION OF TIME
PAGE -2