UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DENNIS FLORER, | ) | CASE NO.: C06-1465-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING DEFENDANTS' |
| | ) | MOTIONS FOR SUMMARY |
| CONGREGATION PIDYON SHEVUYIM, et al., | ) | JUDGMENT AND DISMISSING CASE WITH PREJUDICE |
| | ) | |
| Defendants. | ) | |

The Court, having reviewed motions for summary judgment filed by plaintiff and defendants, and plaintiff's motion for speedy adjudication, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' Motions for Summary Judgment (Dkts. 10 and 23) are GRANTED;

(3) Plaintiff's Motion for Speedy Adjudication (Dkt. 28) is STRICKEN AS MOOT;

(4) Plaintiff's Cross-Motion for Summary Judgment (Dkt. 24) is DENIED and this case is DISMISSED with prejudice; and

ORDER GRANTING DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT AND DISMISSING CASE
WITH PREJUDICE
PAGE -1

01    (5)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

02            defendants, and to Judge Theiler.

03    DATED this 20th day of September, 2007.

                                              RICARDO S. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT AND DISMISSING CASE
WITH PREJUDICE
PAGE -2